UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
XIAOLING REN and SHAO CHEN,

            Plaintiffs,

    v.

ARCADIA HEALTH PHARMACY, CORP.,
ET AL.

            Defendants.
------------------------------------------------------------X

**ORDER**
20-CV-1470 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On July 2, 2025, the Court granted the parties' joint motion for approval of their settlement agreement, which requested dismissal of the action with prejudice. ECF No. 61. Accordingly, the Court directs the Clerk of Court to close the case.

**SO ORDERED.**

**s/WFK**
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 29, 2025
       Brooklyn, New York